**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JOY SWEETING,             )

       Plaintiff,     )

                   )

     v.            )    Civil Action No. 04-368 Erie

                   )

HIGHMARK INC.,       )    The Hon. Sean J. McLaughlin

                   )

       Defendant.   )

## JOINT MOTION TO EXTEND DISCOVERY PERIOD

Plaintiff and Defendant, by and through their respective counsel, hereby move the Court for an Order extending the discovery period through and including November 28, 2005, and in support thereof state as follows:

1.    Discovery is currently set to close on October 12, 2005.

2.    The parties have been actively engaged in discovery (including depositions, document requests, and written interrogatories) over the past several months.

3.    Due to the schedules of counsel and the press of other matters, however, the parties will need additional time beyond October 12 to conduct and complete their discovery.

4.    Hence, the parties jointly request that the Court extend the discovery period until November 28, 2005 and that the deadlines for filing pretrial statements and summary judgment motions be extended as set forth in the attached proposed Order.

5.    This is the parties' first request for an extension of discovery in this
case.

Respectfully submitted,

s/ Joel S. Sansone_____
Joel S. Sansone
PA. ID No. 41008
Scanlon & Sansone
2300 Lawyers Building
428 Forbes Avenue
Pittsburgh, PA  15219
(412) 281-9794

Counsel for Plaintiff

s/ Martha Hartle Munsch_____
Martha Hartle Munsch
PA ID No. 18176
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219
(412) 288-4118

Counsel for Defendant