IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOY SWEETING, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 04-368 Erie |
| HIGHMARK INC., | ) ) ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this ___ day of October, 2005, it is HEREBY ORDERED that the Joint Motion To Extend Discovery Period is GRANTED. The parties shall complete all discovery on or before November 28, 2005. Plaintiff shall file her pretrial narrative statement on or before December 19, 2005, Defendant shall file its pretrial narrative statement on or before January 9, 2006, and all dispositive motions shall be filed on or before December 19, 2005.

_____
The Honorable Sean J. McLaughlin