IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOY SWEETING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-368 Erie |
| | ) | |
| HIGHMARK INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 11th day of October, 2005, upon consideration of the Joint Motion to Extend Discovery Period, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the parties shall complete discovery on or before November 28, 2005; Plaintiff shall file her pretrial narrative statement on or before December 19, 2005; Defendant shall file its pretrial narrative statement on or before January 9, 2006; all dispositive motions shall be filed on or before December 19, 2005; and all responses to dispositive motions shall be filed on or before January 9, 2006.

                                                                                                   s/ Sean J. McLaughlin
                                                                                                    United States District Judge

cc: All parties of record.