IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOY SWEETING, | ) | Civil Action No. 04-368 - Erie |
|     Plaintiff, | ) | |
| | ) | The Hon. Sean J. McLaughlin |
| v. | ) | |
| | ) | |
| HIGHMARK, INC., | ) | ELECTRONIC FILING |
| | ) | |
|     Defendant. | ) | |

## MOTION FOR SUMMARY JUDGMENT

Highmark Inc. ("Highmark" or "Defendant"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves that summary judgment be entered in its favor and against Plaintiff on all claims asserted by Plaintiff against Highmark in this action. In support of its Motion, Highmark states that there is no genuine issue of material fact and that it is entitled to judgment as a matter of law. Highmark further states as follows:

1. Plaintiff filed a Complaint against Highmark alleging that the elimination of her position as HealthPLACE Administrator in Erie and her non-retention in Highmark's new Preventive Health Services organization was the result of age and gender discrimination in violation of Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, and the Pennsylvania Human Relations Act.

2. Summary judgment should be entered in favor of Highmark on Plaintiff's claims because even assuming, *arguendo*, she could state a *prima facie* case, Highmark has produced evidence of non-discriminatory business reasons for its actions and decisions regarding Plaintiff, which Plaintiff cannot show to be pretextual.

3. The further grounds for this Motion are set forth in Highmark's Memorandum of Law in support of this Motion, in the Statement of Undisputed Material Facts In Support Of Highmark's Motion For Summary Judgment, and the evidentiary material contained in the Appendix In Support Of Highmark's Motion For Summary Judgment, each of which is being filed herewith and is incorporated herein by reference.

4. A proposed Order is attached hereto.

WHEREFORE, Defendant Highmark respectfully requests that its Motion For Summary Judgment be granted and that judgment be entered in its favor and against Plaintiff on all claims asserted against it by Plaintiff in this action.

Respectfully submitted,

s/ Martha Hartle Munsch
Martha Hartle Munsch
Pa. ID No. 18176
Shweta Gupta
Pa. ID No. 84388
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
412-288-4118

Carl H. Shuman
Highmark Inc.
Pa. ID No. 37506
1800 Center Street
Camp Hill, PA 17089

Counsel for Defendant
Highmark, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Motion For Summary Judgment was served upon counsel for Plaintiff electronically and by United States mail, first class and postage prepaid, at Pittsburgh, Pennsylvania, on this 19th day of December, 2005, addressed as follows:

>Joel S. Sansone
>Scanlon & Sansone
>2300 Lawyers Building
>Pittsburgh, PA  15219
>scanlon2sansone@aol.com
>
>Counsel for Plaintiff

>s/ Martha Hartle Munsch
>Counsel for Defendant