IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOY SWEETING, | ) | Civil Action No. 04-368 - Erie |
| Plaintiff, | ) | |
| | ) | The Hon. Sean J. McLaughlin |
| v. | ) | |
| | ) | |
| HIGHMARK, INC., | ) | ELECTRONIC FILING |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2006, Defendant having filed a Motion For Summary Judgment, Plaintiff having responded thereto, and the Court having given the matter due consideration, IT IS HEREBY ORDERED that said Motion is granted and judgment is hereby entered in favor of Defendant Highmark Inc. and against Plaintiff as to the Complaint in its entirety.

_____
United States District Judge

cc:  All counsel of record