IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOY SWEETING, | ) |
|     Plaintiff, | ) Civil Action No. 04-368 – Erie |
| v. | ) The Honorable Sean J. McLaughlin |
| HIGHMARK, INC., | ) |
|     Defendant. | ) ELECTRONIC FILING |

## MOTION TO WITHDRAW APPEARANCE OF ATTORNEY SHUMAN

Highmark Inc. hereby moves to withdraw the appearance of Carl H. Shuman, Esq. as co-counsel for Highmark in this matter.

Respectfully submitted,

/s/ Martha Hartle Munsch
Martha Hartle Munsch
PA ID No. 18176
Shweta Gupta
PA ID No. 84388
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA  15219
Phone:  412-288-4118/3846
Fax:  412-288-3063
e-mail:  mmunsch@reedsmith.com/
        sgupta@reedsmith.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January, 2006, a true and correct copy of the foregoing Motion to Withdraw Appearance Of Attorney Shuman was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Martha Hartle Munsch
Martha Hartle Munsch, Esq. (PA ID No. 18176)
mhmunsch@reedsmith.com
ReedSmithLLP
435 Sixth Avenue
Pittsburgh, PA  15219
Ph: 412.288.4118
Fax: 412.288.3063
Counsel for Defendant