**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOY SWEETING, | ) | |
| Plaintiff, | ) ) | Civil Action No. 04-368 – Erie |
| v. | ) ) | The Honorable Sean J. McLaughlin |
| HIGHMARK, INC., | ) ) | |
| Defendant. | ) ) | ELECTRONIC FILING |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2006, the Motion To

Withdraw Appearance Of Attorney Shuman is granted.


_____

United States District Judge