IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOY SWEETING,                )
                             )
    Plaintiff,            )    Civil Action No. 04-368 – Erie
                             )
v.                           )    The Honorable Sean J. McLaughlin
                             )
HIGHMARK, INC.,              )
                             )    ELECTRONIC FILING
    Defendant.            )

### ORDER OF COURT

    AND NOW, this _____ day of _____, 2006, the Motion To Withdraw Appearance Of Attorney Shuman is granted.

_____
United States District Judge