IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOY SWEETING, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 04-0368 Erie |
| | ) | |
| v. | ) | Honorable Sean J. McLaughlin |
| | ) | |
| HIGHMARK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of Plaintiff's Motion for Extension of Time, it is hereby ORDERED that Plaintiff's response to Defendant's Motion for Summary Judgment shall be due on the ___ day of _____, 2006

By the Court,

_____ J.