IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOY SWEETING, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 04-0368 Erie |
| | ) | |
| v. | ) | Honorable Sean J. McLaughlin |
| | ) | |
| HIGHMARK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

AND NOW, this  6th  day of  January , 2006, upon consideration of Plaintiff's Motion for Extension of Time, it is hereby ORDERED that Plaintiff's response to Defendant's Motion for Summary Judgment shall be due on the 20th day of  January , 2006

By the Court,

_____ J.