IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOY SWEETING | ) | CIVIL ACTION NO. 04-0368 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HIGHMARK, INC., | ) | Honorable Sean McLaughlin |
| | ) | |
| Defendant. | ) | Electronically Filed. |

APPENDIX TO PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT

                              Respectfully submitted,

                              SCANLON & SANSONE

                              s/Joel S. Sansone
                              Joel S. Sansone, Esquire
                              PA ID No. 41008
                              2300 Lawyers Building
                              Pittsburgh, Pennsylvania 15219
                              412.281.9194

Dated:  January 24, 2006

TABLE OF CONTENTS

A   Excerpts of deposition transcript of Plaintiff, Joy Sweeting.

B   Excerpts of deposition transcript of Anna Silberman.

C   Excerpts of deposition transcript of Rebecca Swick.

D   Excerpts of deposition transcript of Cynthia Mori.

E   Excerpts of deposition transcript of Tina Pallaggo-Toy.

F   Excerpts of deposition transcript of Dr. Pifalo.

G   Excerpts of deposition transcript of Deborah Rice.

H   Plaintiff's Affidavit.

I   Defendant's EEOC Position Statement.

J   Community Site Consultant Position Description.

K   Retention List D1358.

L   Plaintiff's Performance Evaluations.

M   Correspondence from Thompson to Highmark dated July 16, 1998.