IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOY SWEETING, | ) | Civil Action No. 04-368 - Erie |
| Plaintiff, | ) | |
| | ) | The Hon. Sean J. McLaughlin |
| v. | ) | |
| | ) | |
| HIGHMARK, INC., | ) | ELECTRONIC FILING |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION TO CONTINUE FROM FEBRUARY TRIAL LIST

COME NOW, the parties, by their respective counsel, and hereby move this Honorable Court to continue the above-captioned case from the Court's February trial list, of which the following is a statement:

1. This employment discrimination case is currently included on the Court's February trial list.

2. Plaintiff's response to Defendant's motion for summary judgment was filed January 24, 2006. Defendant's reply brief is due February 2, 2006.

3. In addition, Plaintiff's counsel has an argument scheduled in the Circuit Court of Appeals for the week of February 13, 2006.

4. Furthermore, Plaintiff will be out of the country from February 22 through March 4, 2006.

5. As a result of the aforementioned, the parties agree that they will be unable to try this case during the Court's February trial term. The parties have conferred and wish to advise the Court that due to the multitude of matters left to be completed by

the parties and the Court prior to trial, this matter likewise may not be ripe for trial during the Court's March list.

6. The parties respectfully request that the Court continue this matter from its February trial list to the Court's March trial list. In addition, the parties request to confer with the Court at such time as this case is put on the next trial list.

WHEREFORE, for all the above reasons, the parties respectfully request that this Honorable Court postpone the above-captioned case from its February 2006 trial list and place the case on the Court's March 2006 trial list, with the understanding that the parties and the Court will confer prior to the March trial list as to the readiness of this case for trial.

Respectfully submitted,

| | |
|---|---|
| s/Martha Hartle Munsch | s/Joel S. Sansone |
| Martha Hartle Munsch | Joel S. Sansone |
| Pa. ID No. 18176 | Pa. ID No. 41008 |
| REED SMITH LLP | Scanlon & Sansone |
| 435 Sixth Avenue | 2300 Lawyers Building |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15219 |
| | |
| Counsel for Defendant Highmark Inc. | Counsel for Plaintiff Joy Sweeting |

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOY SWEETING, | ) | Civil Action No. 04-368 - Erie |
|     Plaintiff, | ) | |
| | ) | The Hon. Sean J. McLaughlin |
| v. | ) | |
| | ) | |
| HIGHMARK, INC., | ) | ELECTRONIC FILING |
| | ) | |
|     Defendant. | ) | |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2006, the parties having filed a Joint Motion To Continue From February Trial List, and the Court having given the matter due consideration, IT IS HEREBY ORDERED that said Motion is granted.

_____
United States District Judge