**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOY SWEETING, | ) | Civil Action No. 04-368 - Erie |
|     Plaintiff, | ) | |
| | ) | The Hon. Sean J. McLaughlin |
| v. | ) | |
| | ) | |
| HIGHMARK, INC., | ) | ELECTRONIC FILING |
| | ) | |
|     Defendant. | ) | |

**ORDER OF COURT**

AND NOW, this ___ day of _____, 2006, the parties having filed a Joint Motion To Continue From February Trial List, and the Court having given the matter due consideration, IT IS HEREBY ORDERED that said Motion is granted.

_____
United States District Judge