# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

__Joy Sweeting__ )
        Plaintiff )
)
vs. ) No. __CA 04-368 Erie__
)
__Highmark, Inc.,__ )
        Defendant )

HEARING ON __Settlement Conference__

Held on __2-3-06__

Before Judge __McLaughlin__

__Martha Munsch__         __Joel Sansone__

Appear for Plaintiff        Appear for Defendant

Hearing begun __1:00 pm__     Hearing adjourned to __3:03 pm__

Hearing concluded C.A.V. _____     Stenographer __Ron Bench__

                       Clerk __Nicole Kiergen__

**WITNESSES:**

For Plaintiff        For Defendant

Case settled; Order to follow. Parties to file rule 41 stipulation.