IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOY SWEETING. ) | |
|     Plaintiff, ) | |
| ) | |
| Vs. ) | CA 04-368 Erie |
| ) | |
| HIGHMARK, INC., ) | |
|     Defendants. ) | |

### **O R D E R**

AND NOW, this 6th day of February, 2006, the parties have reached an agreement to settle this matter, IT IS HEREBY ORDERED that the Clerk is directed to mark this case administratively closed.  FURTHER ORDERED that the Parties are to file a Stipulation of Dismissal per Fed.R.Civ.P. 41.

    s/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: All counsel of record. nmk