IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOY SWEETING, | ) | Civil Action No. 04-368 - Erie |
| Plaintiff, | ) | |
| | ) | The Hon. Sean J. McLaughlin |
| v. | ) | |
| | ) | |
| HIGHMARK, INC., | ) | ELECTRONIC FILING |
| | ) | |
| Defendant. | ) | |

### ORDER

AND NOW, this ___ day of February, 2006, upon stipulation of the parties, it is hereby ORDERED that the above-captioned action be dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

_____
Joel S. Sansone
Pa. ID No. 41008
Scanlon and Sansone
2300 Lawyers Building
428 Forbes Avenue
Pittsburgh, PA  15219

Counsel for Plaintiff

_____
Martha Hartle Munsch
Pa. ID No. 18176
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

Counsel for Defendant

BY THE COURT:

_____
United States District Judge

Exhibit A