IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOY SWEETING,<br><br>    Plaintiff,<br><br>v.<br><br>HIGHMARK, INC.,<br><br>    Defendant. | Civil Action No. 04-368 - Erie<br><br>The Hon. Sean J. McLaughlin<br><br>ELECTRONIC FILING |

## ORDER

AND NOW, this ___ day of February, 2006, upon stipulation of the parties, it is hereby ORDERED that the above-captioned action be dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

_____  
Joel S. Sansone  
Pa. ID No. 41008  
Scanlon and Sansone  
2300 Lawyers Building  
428 Forbes Avenue  
Pittsburgh, PA 15219  

Counsel for Plaintiff

_____  
Martha Hartle Munsch  
Pa. ID No. 18176  
Reed Smith LLP  
435 Sixth Avenue  
Pittsburgh, PA 15219-1886  

Counsel for Defendant

BY THE COURT:

_____  
United States District Judge

Exhibit A